IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-183-CV





FRANKIE LIMMER CONSTRUCTION dba FRANKIE LIMMER-CONTRACTOR,


FRANKIE LIMMER CONSTRUCTION, OR LIMMER CONSTRUCTION


COMPANY; BILL DOSS; AND JANET DOSS,



 APPELLANTS


vs.





AMERICAN ECONOMY INSURANCE COMPANY,



 APPELLEE



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 93-068-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Justices Powers, Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: November 23, 1994

Do Not Publish